### 35308. BROACH v. BROACH.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED AUGUST 31, 1979 — DECIDED SEPTEMBER 26, 1979 — REHEARING DENIED OCTOBER 16, 1979.

*Mundy & Gammage, William D. Sparks,* for appellant.

*Frank H. Jones,* for appellee.